IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01269-REB-BNB | Date: January 12, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| KEMPER MORTGAGE, INC., | Christopher Dawes |
| Plaintiff, | |
| v. | |
| BETTA ASSETS, a Colorado corporation d/b/a Bankers Home Mortgage, Inc., | Michael Milstein |
| RICHARD R. DENNIS, individually and | Michael Milstein |
| MATTHEW MANSFIELD, individually | PRO SE |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   10:02 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion for permission to file motion for determination with respect to confidentiality designations by plaintiff(1/5/07 #42) is GRANTED as stated on the record.

**ORDERED:** Motion for extension of certain deadlines by defendants(1/2/07 #39) is GRANTED as stated on the record.
**Deadlines are extended as follows:**
**Expert Designation: March 2, 2007**

                **Rebuttal Designation: April 2, 2007**
                **Rule 702 objections: May 4, 2007**
                **Discovery cut-off: June 4, 2007**
                **Dispositive motions: July 6, 2007**

**ORDERED:** **The final pretrial conference set for June 5, 2007 is reset to September 6, 2007 at 9:30 a.m.**

**ORDERED:** **Motion to withdraw as counsel by Michael G. Milstein (12/13/06 #33) is GRANTED. Defendant Beta Assets directed to have substitute counsel enter an appearance on or before January 26, 2007.**

Court in Recess    10:11 a.m.    Hearing concluded.

Total time in court:    00:09