IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01269-REB-BNB

KEMPER MORTGAGE, INC., an Illinois corporation,

Plaintiff,

v.

BETTA ASSETS, a Colorado corporation, d/b/a BANKERS HOME MORTGAGE, INC.,
RICHARD R. DENNIS, individually, and
MATTHEW MANSFIELD, individually,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Defendants' **Motion for Extension of Certain Deadlines** [Doc. # 39, filed 1/2/2007] (the "Motion for Extension");

(2) Plaintiff's **Motion for Permission to File Motion for Determination With Respect to Confidentiality Designations** [Doc. # 42, filed 1/5/2007] (the "Motion to File"); and

(3) The **Amended Motion to Withdraw As Counsel** [Doc. # 35, filed 12/14/2006] (the "Motion to Withdraw") filed by Michael G. Milstein, counsel for defendants Betta Assets d/b/a Bankers Home Mortgage, Inc., and Richard R. Dennis.

All of the motions are unopposed.

I held a hearing on the motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension is GRANTED, and the case schedule is

modified to the following extent:

    **Discovery Cut-Off:**      **June 4, 2007**

    (All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

    **Dispositive Motions Deadline:**    **July 6, 2007**

    **Expert Disclosures:**

    **(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 2, 2007**

    **(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 2, 2007**

    All motions raising issues under Fed. R. Evid. 702 as codified and construed shall be filed by **May 2, 2007**, and marshaled thereafter as prescribed by D.C.COLO.LCivR 7.1C[1]

  **Final Pretrial Conference:**  The final pretrial conference set for June 5, 2007, at 8:30 a.m., is VACATED and RESET to **September 6, 2007, at 9:30 a.m.**  A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **August 30, 2007**.

  IT IS FURTHER ORDERED that the Motion to File is GRANTED provided, however, that my granting of the Motion to File does not preclude the defendants from arguing that the plaintiff has waived the right to maintain the designation of the documents as Confidential by its

---

[1]This modification to the Trial Preparation Order issued by the district judge is made with the express approval of the district judge.

2

failure to comply with the provisions of paragraph 8 of the Confidentiality Order [Doc. # 26, filed 9/15/2006].

IT IS FURTHER ORDERED that the Motion to Withdraw is GRANTED, and Michael G. Milstein and the law firm of Foster Graham Milstein & Calisher, LLP, is relieved of any further responsibility as counsel for defendants Betta Assets d/b/a Bankers Home Mortgage, Inc., and Richard R. Dennis.

IT IS FURTHER ORDERED that pursuant to D.C.COLO.LCivR 83.3D, Betta Assets d/b/a Bankers Home Mortgage, Inc., is warned that a corporation, partnership, or other legal entity cannot appear without counsel admitted to practice before this court, and absent the prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and a default judgment or other sanctions may be imposed against the entity.   Betta Assets d/b/a Bankers Home Mortgage, Inc., is directed to cause substitute counsel to enter its appearance on behalf of the entity on or before **January 26, 2007**, to avoid the possible imposition of sanctions.

Dated January 12, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge