IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.06-cv-01269-REB- BNB | Date: February 28, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

KEMPER MORTGAGE, INC.,                                   Christopher Dawes
an Illinois corporation

                 Plaintiff and Counter Defendant,

v.

BETTA ASSETS,
a Colorado corporation doing business as
Bankers Home Mortgage, Inc.
RICHARD R. DENNIS,
individually
MATTHEW MANSFIELD,
individually

                 Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       8:35 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiff's motion for determination with respect to confidentiality designations(1/11/07 #45) is granted.**

Court in Recess       8:38 a.m.       Hearing concluded.

Total time in court:       00:03