**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01269-REB-BNB

KEMPER MORTGAGE, INC., an Illinois corporation,

    Plaintiff,

v.

BETTA ASSETS, a Colorado corporation, d/b/a BANKERS HOME MORTGAGE, INC.,
RICHARD R. DENNIS, individually, and
MATTHEW MANSFIELD, individually,

    Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANTS RICHARD R. DENNIS
AND BETTA ASSETS D/B/A BANKERS HOME MORTGAGE, INC.**

---

**Blackburn, J.**

The matter comes before the court on the **Stipulated Notice of Dismissal With Prejudice of Claims Against Richard R. Dennis and Betta Assets d/b/a Bankers Home Mortgage, Inc.** [#56], filed April 16, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants, Richard R. Dennis and Betta Assets d/b/a Bankers Home Mortgage, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Notice of Dismissal With Prejudice of Claims Against Richard R. Dennis and Betta Assets d/b/a Bankers Home Mortgage, Inc.** [#56], filed April 16, 2007, is **APPROVED**;

2. That plaintiff's claims against defendants, Richard R. Dennis and Betta Assets d/b/a Bankers Home Mortgage, Inc., **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Richard R. Dennis and Betta Assets d/b/a Bankers Home Mortgage, Inc., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 17, 2007, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**