**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01269-REB-BNB

KEMPER MORTGAGE, INC., an Illinois corporation,

    Plaintiff,

v.

MATTHEW MANSFIELD, individually,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Notice of Settlement, Stipulated Notice of Dismissal With Prejudice of Claims Between Kemper Mortgage, Inc. and Matthew Mansfield, and Request for Reservation of Jurisdiction Over Settlement Agreement** [#58], filed May 1, 2007.  After careful review of the notices and the file, the court has concluded 1) that the notices should be approved; 2) that the request for retention of jurisdiction should be approved; and 3) that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Settlement, Stipulated Notice of Dismissal With Prejudice of Claims Between Kemper Mortgage, Inc. and Matthew Mansfield, and Request for Reservation of Jurisdiction Over Settlement Agreement** [#58], filed May 1, 2007, is **APPROVED AND GRANTED**;

2

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for January 7, 2008, is **VACATED**; and

      4.  That the jury trial set to commence January 28, 2008, is **VACATED**.

Dated May 2, 2007, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn**
                                  **United States District Judge**